Robert Y. Lewis (Cal. Bar # 153948)
Email -- robertlewis@marshlaw.us
Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030

Russell G. Petti (Cal Bar # 137160)
E-mail: rpetti@petti-law.com
Law Offices of Russell G. Petti
466 Foothill Blvd. # 389
La Canada, California 91011
Telephone: (818) 952-2168
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **"AMY"** | Civil No. 14-cv-7556(RGK)(JEMx) |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION FOR CHANGE OF VENUE** |
| vs. | |
| **GREGORY ALLEN WEBB,** | |
| Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN OPPOSITION TO DEFENDANT'S MOTION**
**FOR CHANGE OF VENUE**

Plaintiff "Amy", by and through her counsel, Marsh Law Firm PLLC and the Law Offices of Russell G. Petti, hereby submits her opposition to Defendant Gregory Allen Webb's motion for a change of venue to the Eastern District of

1

Virginia. As explained below, venue in this District is proper and Defendant's motion should be denied.

## FACTS

Plaintiff "Amy" commenced this action on September 29, 2014 with the filing of the Summons and Complaint. Plaintiff "Amy" is a victim of Defendant's violations of federal criminal child pornography statute 18 U.S.C. § 252A(a)(5)(B) and (b)(2) and seeks damages pursuant to 18 U.S.C. §2255(a), 2252(A)(f), and for invasion of privacy under California law. Complaint ¶¶1-3.

Amy alleges that in September and October 2007, on three separate occasions, Defendant Webb distributed child pornography to an undercover agent via the instant messaging program Google Hello!. Complaint ¶14. During the first instance, Webb distributed 177 images, nine of which were child pornography images; during the second, Webb distributed 160 images, 12 of which were child pornography images; and during the third, Webb distributed 694 images, eight of which were child pornography images. Complaint ¶15.

In March 2008, the FBI executed a search warrant on Webb's apartment in Marina Del Ray, California, and seized his computer. Approximately 280 images of child pornography were found on Webb's computer. Complaint ¶16.

As noted by the Probation Officer, the majority of images Webb possessed depicted images of prepubescent girls lewdly exposing their genitalia as well as

masturbating and engaging in actual or simulated sexual intercourse with adult males.  Webb also possessed several images of toddlers, ages three and four years old, being penetrated by adult males.  Complaint ¶¶17-18.

In a signed, written plea agreement Webb admitted that some of the images he sent to the undercover agent involved minors under the age of 12 years engaged in sexually explicitly conduct including but not limited to penetration, oral copulation, and lascivious exhibition of the genitals or the pubic area of minors. He also admitted that these images were child pornography under 18 U.S.C. §2256(8)(A).  Complaint ¶19.

Pursuant to the plea agreement, defendant pleaded guilty to possession of child pornography in violation of Title 18 U.S.C. § 2252A(a)(5)(B), (b)(2).  In the sentencing memorandum, the government stated that although defendant was permitted to plead to possession alone, he had also knowingly and purposefully distributed child pornography when he sent pornographic images to the undercover agent using the instant messaging program "Google Hello!".  Complaint ¶20.

One or more of the images found on Webb's computer and computer files are of Amy in the "Misty Series", which shows Amy being sexually abused as a child by an adult man.  Complaint ¶22.  The Misty Series is widely circulated among pedophiles and child molesters. Complaint ¶22.   Amy received notice from

the government of Webb's criminal conduct involving her child sex abuse images. Complaint ¶23.

On January 7, 2015, the Burlington County Sheriff's Department served Defendant Webb at the FCI Petersburg, Virginia, where he is currently incarcerated. On February 26, 2015, Defendant Webb filed a Motion to Dismiss the Complaint and a Motion for Change of Venue to the United States District Court for the Eastern District of Virginia, Richmond Division.

## ARGUMENT

### POINT I

**VENUE IN THIS DISTRICT IS PROPER AND THERE ARE NO GROUNDS FOR A CHANGE OF VENUE**

Defendant Webb concedes, as he must, that venue in this district is proper. "It is correct that the computer which allegedly contained images of AMY was seized from WEBB at 119 Driftwood St. #7 Marina Del Ray, CA 20292, and that this is enough of a connection with this district so that filing the complaint here was proper . . . ." (Motion at ¶2). For as 28 U.S.C. section 1391(b) provides, "A civil action may be brought in -- . . . . (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . .".

He nonetheless argues that this lawsuit should be transferred to the Eastern District of Virginia because of his incarceration. Defendant Webb argues that "the logistics and time to transport WEBB to California would be burdensome and

delay the trial." (Motion at ¶3). Defendant Webb also argues that mailing pleadings is burdensome because he does not have access to PACER as a pro se litigant and it takes three to five days to mail documents between Virginia to California.

Defendant's motion should be denied. There is a strong presumption in favor of the plaintiff's choice of forum. *DIRECTV, Inc. v. EQ Stuff, Inc.,* 207 F.Supp.2d 1077, 1081 (C.D.Cal.2002), citing *Ravelo Monegro v. Rosa,* 211 F.3d 509, 513 (9th Cir.2000). And, there is no dispute that the operative events that formed the basis of Plaintiff's claims – the possession of Amy's images, occurred in this district, which weighs against a transfer of venue. *See DIRECTV*, 211 F.3d at 1081. Moreover, the current forum is appropriate because Plaintiff's third claim alleges invasion of privacy under California state law, and this Court is more familiar with California law. *See id.* (weighing familiarity of the forum with the applicable law in denying a motion for change of venue).

Defendant Webb's argument that this case should be transferred because it will be inconvenient for Defendant Webb to attend trial lacks merit. According to the Bureau of Prison website, Defendant Webb is due to be released from prison on or before September 9, 2015 – likely before this matter comes to trial. And, even if this matter goes to trial before Defendant Webb is released, the fact that it may take time to transport him to this district is not a sufficient basis for a transfer of

venue, particularly where, as here, the events that form the basis of Plaintiff's claim took place in this district.

Defendant Webb's claim that the extra time required to mail documents between California and Virginia similarly does not warrant a change of venue. Plaintiff respectfully submits that the additional day or so it takes to send mail between California and Virginia is not an inconvenience warranting the transfer of venue to Virginia.

## **CONCLUSION**

For the foregoing reasons, Defendant's Motion for Change of Venue should be denied.

    MARSH LAW FIRM PLLC
By  /s/Robert Y. Lewis
Robert Y. Lewis (Cal. Bar # 153948)
robertlewis@marshlaw.us
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030

By /s/ Russell G. Petti
Russell G. Petti (Cal Bar # 137160)
E-mail: rpetti@petti-law.com
Law Offices of Russell G. Petti
466 Foothill Blvd. # 389
La Canada, California 91011
Telephone: (818) 952-2168

# CERTIFICATE OF SERVICE

I, Robert Y. Lewis, hereby certifies that on this 16th day of March, 2015, I caused to be served a true and correct copy of the foregoing Memorandum of Points and Authorities in Opposition to Defendant's Motion for Change of Venue dated March 16, 2015 to be served via First Class Mail upon:

Gregory Allen Webb
Defendant Pro Se
Reg. No. 66939-112
FCI Petersburg Low
PO Box 1000
Petersburg, VA 23804

By: ___/s/Robert Y. Lewis_____
Robert Y. Lewis (Cal. Bar # 153948)
Marsh Law Firm PLLC
P.O. Box 4668 #65135
New York, NY 10163-4668
Telephone / Fax: (212) 372-3030
Email -- robertlewis@marshlaw.us