1 | Robert Y. Lewis (Cal. Bar #153948)
2 | E-mail: robertlewis@marshlaw.us
3 | Marsh Law Firm PLLC
4 | P.O. Box 4668 #65135
5 | New York, NY 10163-4668
6 | Telephone / Fax: (212) 372-3030
7 |
8 | Russell G. Petti (Cal. Bar #137160)
9 | E-mail: rpetti@petti-law.com
10 | Law Offices of Russell G. Petti
11 | 466 Foothill Blvd. # 389
12 | La Canada, California 91011
13 | Telephone: (818) 952-2168
14 |
15 | Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

-------------------------------------------------X
"Amy",                                       )
                                             )
                                             )   Civ. No. 14-7556(RGK)
                          Plaintiff,         )
                                             )
v.                                           )
                                             )
**Gregory Allen Webb**,                      )
                                             )
                          Defendant.         )
                                             )
-------------------------------------------------X

**Declaration of Robert Y. Lewis in Support of**
**Amy's Opposition to Webb's Motion to Dismiss**

16 | I, Robert Lewis, duly sworn, do attest and aver as follows under penalty of

17 | perjury.

1. I am a member of the Marsh Law Firm, attorneys for "Amy" in this matter, and the bar of this Court. I submit this Declaration in support of Amy's Opposition to Defendant Webb's motion to dismiss.

2. Attached as Exhibit 1 is a VNS Notice dated April 22, 2014 from the U.S. Department of Justice that we received on behalf of Amy. This is the first notice we received from the U.S. Department of Justice regarding Defendant Webb.

Dated: March 16, 2015

By  /s/Robert Y. Lewis